IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **THOMAS L., GLENNA L., and** | ) | |
| **KAYLA L.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. **06-017-MJR** |
| | ) | |
| **BOARD of EDUCATION of** | ) | |
| **EDWARDSVILLE COMMUNITY** | ) | |
| **SCHOOL DISTRICT #7,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Motion to Strike Plaintiffs' Answering Brief.  **(Doc. 11)**.

At issue is plaintiffs' response to defendant's motion to dismiss, **Doc. 10.**  Despite the fact that plaintiffs are represented by an attorney, they filed a pro se response.  For that reason alone, the response will be stricken.

The Court notes defendant's argument that plaintiff Kayla L. is a minor.  The complaint alleges that she is eighteen years old.  If that is correct, she is not a minor.

Upon consideration and for good cause shown, Defendant's Motion to Strike Plaintiffs' Answering Brief **(Doc. 11)** is **GRANTED** as follows:

• Plaintiffs' response, **Doc. 10**, shall be stricken and returned to plaintiffs;

• Unless and until counsel is permitted to withdraw, the Clerk of Court shall strike and return to plaintiffs any pro se pleadings which they tender to the Court;

• Plaintiffs shall be granted additional time in which to respond to defendant's

1

motion to dismiss, after counsel's motion for leave to withdraw has been ruled on; and

•    Plaintiffs' counsel is directed to instruct plaintiffs to refrain from filing any pro se pleadings unless and until counsel is granted leave to withdraw.

**IT IS SO ORDERED.**

**DATE:  May 12, 2006.**


                                      **s/ Clifford J. Proud**
                                      **CLIFFORD J. PROUD**
                                      **UNITED STATES MAGISTRATE JUDGE**