IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS H. LOCH,** <br> **GLENNA H. LOCH, and** <br> **KAYLA N. LOCH,** <br><br> Plaintiffs, <br><br> v. <br><br> **BOARD of EDUCATION of** <br> **EDWARDSVILLE COMMUNITY** <br> **SCHOOL DISTRICT #7,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. **06-017-MJR** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the Notice Identifying Plaintiffs, filed pursuant to this Court's Order of May 12, 2006.  **(Doc. 15)**.

**Plaintiffs affirmatively state that they do not seek leave to proceed under fictitious names.  Therefore, the Court directs the Clerk of Court to change the docket sheet to reflect the true names of plaintiffs as set forth in the caption of this Order.**

All pleadings filed in this case in the future shall bear the true names of the plaintiffs.

**IT IS SO ORDERED.**

**DATE:  May 24, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
